**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6206**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

TIMOTHY ROOSEVELT EVANS,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:08-cr-00054-FL-1; 5:12-cv-00290-FL)

Submitted: January 22, 2015      Decided: January 26, 2015

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Timothy Roosevelt Evans, Appellant Pro Se. Thomas B. Murphy, Assistant United States Attorney, Kimberly Ann Moore, Jennifer E. Wells, Seth Morgan Wood, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Roosevelt Evans appeals the district court's order adopting the magistrate judge's recommendation to grant the Government's motion to dismiss his 28 U.S.C. § 2255 (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. United States v. Evans, Nos. 5:08-cr-00054-FL-1, 5:12-cv-00290-FL (E.D.N.C. Jan. 28, 2014); see Whiteside v. United States, ___ F.3d ___, 2014 WL 7245453 (4th Cir. Dec. 19, 2014) (en banc). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED